**JUDGMENT:** Case No. 1:24-cr-51     USA v. Christopher Lee Roddy

**PRESENT:** Honorable Charles E. Atchley, Jr.     ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Scott Winne | Christopher Meadows | Kaniqua Watkins |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Allison Laster | Stephanie Fernandez | |
| Courtroom Deputy | Court Reporter | Interpreter    ☐ **SWORN** |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court   ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied     Govt motion for third point reduction for acceptance of responsibility ☑ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied
☐ Deft speaks **OR** ☑ Deft declines to speak     Document(s) 17,30,38   ☐ unsealed ☑ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 36 _____ **MONTHS on COUNT(s)** One of the Indictment to run concurrent with

Hamilton County TN Criminal Court Docket No. 316761 (Counts 1-6)

**SUPERVISED RELEASE/PROBATION:** 3 _____ **YEARS on COUNT(s)** One of the Indictment

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☑ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☑ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** waive confidentiality as to substance abuse treatment

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** mental health eval/treatment; UNICOR placement

**RESTITUTION:**

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☑ Waived   **SPECIAL ASSESSMENT:** $100.00    ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 10:29 to 10:45     Date: 2/20/2025